1
2
3
4
5
6                   UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9    STRIKE 3 HOLDINGS, LLC,

                        Plaintiff,              Case No.  20-cv-03475-JCS
10

11           v.                                 **ORDER TO SHOW CAUSE WHY
                                                APPLICATION TO SERVE
                                                SUBPOENA SHOULD NOT BE
12   JOHN DOE SUBSCRIBER ASSIGNED IP            GRANTED**
     ADDRESS 24.5.9.34,
13                                              Re: Dkt. No. 13
                        Defendant.

14

15          Plaintiff Strike 3 Holdings, LLC ("Strike 3") has applied ex parte to serve an early

16   subpoena on Comcast Cable, which Strike 3 believes is the internet service provider for Defendant

17   John Doe, who is currently identified only by the IP address 24.5.9.34.  Although Strike 3

18   apparently remains unaware of Doe's identity, defense counsel has appeared on Doe's behalf.

19   Doe is therefore ORDERED TO SHOW CAUSE why Strike 3's application should not be

20   granted—with restrictions on public disclosure of Doe's identity—for the reasons stated in this

21   Court's decision denying a motion to quash a similar subpoena in *Strike 3 Holdings, LLC v. Doe*,

22   No. 19-cv-00723-JCS, 2019 WL 2996428 (N.D. Cal. July 9, 2019).  Doe shall file a response no

23   later than July 29, 2020.

24          The parties are further ORDERED to meet and confer to determine whether defense

25   counsel can accept service on Doe's behalf or otherwise obviate the need for the third party

26   discovery that Strike 3 seeks.  If the parties are able to resolve the issue such that Strike 3's request

27   for a subpoena is moot, they may file a joint statement to that effect in lieu of Doe's response to

28   this order to show cause, by the same deadline.  If the parties are not able to resolve the issue,

*United States District Court*
*Northern District of California*

1    Doe's response to this order must report that outcome.

2           **IT IS SO ORDERED.**

3    Dated:  July 15, 2020

4                                                                    _____

5                                                                    JOSEPH C. SPERO
                                                                     Chief Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California